001-547-00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DEREK FEUSTAL

      Plaintiff

v.                                                                                                         No.: <u>18-01024 STA-egb</u>

NICK WEEMS, BART ROSSON,
DALE HUFSTEDLER and PERRY
COUNTY, TENNESSEE

      *Defendants.*

---

## JOINT RULE 26(f) REPORT

---

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone conference on August 13, 2018. Nathan D. Tilly, attorney for Defendant(s) Nick Weems, Bart Rosson, and Perry County Tennessee; William J. Hardegree, attorney for Defendant Dale Hufstedler; and Plaintiff's attorney, John Colley, participated in this telephone conference.

2. **Initial Disclosures**. The parties will complete by **AUGUST 31, 2018**, the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

    (a)     Discovery will be needed on these subjects:

           1.     Liability

           2.     Causation

           3.     Damages; and

           4.     Defendants Affirmative Defenses

(b) The disclosure or discovery of electronically stored information is not anticipated to be an issue in this case. To the extent that disclosure or discovery of electronic stored information does not become an issue, the parties will meet to confer over the proper handling of same and will supplement this Discovery Plan accordingly.

(c) The parties agree that claims of privilege or of protection as trial preparation material, including procedures to assert said claims after production, will be governed by the procedures outlined in Rule 26(b)(5) of the Federal Rules of Civil Procedure.

(d) Dates for commencing and completing discovery, including discovery to be commenced or completed before other discovery is as follows:

> COMPLETING ALL DISCOVERY AS FOLLOWS: **JANUARY 11, 2019**
>
> DOCUMENT PRODUCTION, INTERROGATORIES, REQUEST FOR ADMISSIONS AND FACT WITNESS DEPOSITIONS:
>
> **NOVEMBER 12, 2018**
>
> EXPERT DISCLOSURE (Rule 26):
>
> (i) Plaintiff's Rule 26 Experts: **OCTOBER 11, 2018**
>
> (ii) Defendant's Rule 26 Experts: **NOVEMBER 30, 2018**
>
> (iii) Supplementation under Rule 26(c): **JANUARY 11, 2019**
>
> (iv) Expert Witness Depositions: **JANUARY 11, 2019**

(e) Maximum number of interrogatories by each party to another party shall not exceed 25 with response to said interrogatories being due 30 days after service of same.

(f) The maximum number of requests for admissions by each party to another party shall not exceed 25 with responses to said request for admissions being due 30 days after service of same.

(g) The maximum number of depositions for each party not including Rule 26 designated Experts shall be 10, unless additional depositions are agreed to in writing by the parties.

(h) The length of any individual deposition shall not exceed 7 hours in deposition time unless an extension is agreed to in writing by the parties.

(i) Dates for exchanging reports of expert witnesses under Rule 26(a)(2):

    (i) Plaintiff's Rule 26 Experts: **OCTOBER 11, 2018**

    (ii) Defendant's Rule 26 Experts: **NOVEMBER 30, 2018**

(j) Supplementation under Rule 26 (e)(1) will be due within a reasonable amount of time after the need for supplementation arises. Supplementation for expert witnesses under Rule 26(e)(2) will be due no later than **JANUARY 11, 2019**.

4. **Other Items:**

(a) Final dates for parties to amend pleadings or join parties:   **OCTOBER 16, 2018**

(b) Final dates to file dispositive motions:   **FEBRUARY 15, 2019**

(c) State the prospects for settlement:   At the conclusion of discovery

(d) Identify any alternative dispute resolution procedure that may enhance settlement prospects: The parties will participate in the court required ADR and have mutually agreed to do so with **Fred Collins** on **or before the date designated in the Scheduling Order**.

(e) Final dates for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition and exhibit lists:

    (i) Plaintiff:   To be done in accordance with the trial judge's notice of trial setting.

3

   (ii) Defendants: To be done in accordance with the trial judge's notice of trial setting.

(f) Final dates to file objections under Rule 26 (a)(3):

   (i) Plaintiff: To be done in accordance with the trial judge's notice of trial setting.

   (ii) Defendants: To be done in accordance with the trial judge's notice of trial setting.

(g) Suggested trial date and estimate of trial length:

 Suggested trial date: At the convenience of the Court.

 Anticipation length of Trial: 2-3 days.

**[*SIGNATURE PAGE IMMEDIATELY FOLLOWS*]**

        Respectfully submitted,

        PENTECOST, GLENN, MAULDIN & YORK, PLLC

By:    s/ Nathan D. Tilly
        Nathan D. Tilly (#031318)
        Attorney for Nick Weems, Bart Rosson and Perry Co., TN
        106 Stonebridge Blvd
        Jackson, TN 38305
        (731) 668-5995

        SPRAGINS, BARNETT & COBB, PLC

By:    s/ William J. Hardegree
        Charles H. Barnett, III
        Sara E. Barnett
        William J. Hardegree
        312 E. Lafayette
        PO Box 2004
        Jackson, TN 38302-2004

        COLLEY, COLLEY & KELLEY

By:    s/ John Colley, III
        John Colley, III
        Attorney for Plaintiff
        710 North Main Street
        Columbia, TN 38401