UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

## MEDIATION CERTIFICATION

| Case number: 1:18-cv-01024-STA-egb | Case title: Derek Feustal v. Nick Weems, et Al. | |
|---|---|---|
| Plaintiff counsel: John S. Colley, III | | |
| Defendant counsel: Charles H. Barnett, III, James I. Pentecost and Nathan D. Tilly | | |
| Presiding Judge: Hon. S. Thomas Anderson | Mediator: Fred Collins | |

I, __Fred Collins__, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on __October 11, 2018__.

As a result of that mediation held on __October 11, 2018__.

☑ The case has settled in whole.

    ☐ Case settled prior to scheduling first mediation session.

    ☑ Parties have agreed that __James I. Pentecost__ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

---

☐ The case has not settled.

    ☐ Mediation will continue on _____.

    ☐ The parties may schedule another session at a later date.

    ☐ Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

---

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| Mr. John S. Colley, III<br>Colley, Colley, & Kelley<br>710 North Main Street, Suite 200<br>Columbia, TN  38401 | Mr. Charles H. Barnett, III<br>Spragins, Barnett & Cobb, PLC<br>P. O. Box 2004<br>Jackson, TN  38302-2004 | Mr. James I. Pentecost<br>Mr. Nathan D. Tilly<br>Pentecost, Glenn, Mauldin & York, PLLC<br>106 Stonebridge Blvd.<br>Jackson, TN  38305 |
|---|---|---|
| Date<br><br>October 11, 2018 | Electronic signature of Mediator:<br><br>s/   Fred Collins | |