IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DEREK FEUSTAL,

      Plaintiff,

v.                                 No.:  18-01024 STA-egb

NICK WEEMS, BART ROSSON,
DALE HUFSTEDLER and PERRY
COUNTY, TENNESSEE,

      Defendants.

---

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

---

It appears to the satisfaction of the Court that the Plaintiff and Defendants have agreed, as evidenced by the signatures of counsel for the Plaintiff and counsel for the Defendants contained herein that the Plaintiff's claims against the Defendants should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiff against the Defendants are hereby dismissed with prejudice as an adjudication on the merits.

IT IS FURTHER, ORDERED, ADJUDGED, AND DECREED that no attorney's fees or expenses will be awarded to any party pursuant to statute or common law, and that no discretionary costs or expenses will be requested by any party, and no such fees, costs, or expenses will be awarded or assessed against any party.

The Clerk is hereby directed to enter final judgment consistent with this Order.

**IT IS SO ORDERED.**

              **s/ S. Thomas Anderson**
              S.  THOMAS ANDERSON
              CHIEF UNITED STATES DISTRICT JUDGE

              Date:  November 27, 2018

Approved for Entry:


COLLEY, COLLEY & KELLEY

s/John S. Colley (w/permission NDT)
John S. Colley, III #12029
Counsel for Plaintiff
710 North Main Street
Columbia, TN 38401
(931) 388-8564


PENTECOST, GLENN, MAULDIN & YORK, PLLC

s/ Nathan D. Tilly
James I. Pentecost (#11640)
Nathan D. Tilly (#031318)
Counsel for Nick Weems, Bart Rosson,
and Perry County, Tennessee
106 Stonebridge Blvd
Jackson, TN  38305
(731) 668-5995


SPRAGINS, BARNETT & COBB, PLC

s/ Charles H. Barnett, III (w/permission NDT)
Charles H. Barnett, III. (008721)
Sara E. Barnett (021379)
Attorneys for Defendant, Dale Hufstedler
312 E. Lafayette
PO Box 2004
Jackson, TN 38302-2004
731-424-0461